ACCEPTED
14-14-00251-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 12:03:02 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00251-CV

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 12:03:02 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, TEXAS**

_____

**NHH-CANAL STREET APARTMENTS, INC.,
A TEXAS NON-PROFIT CORPORATION**
*Appellant*
**V.**

**HARRIS COUNTY APPRAISAL DISTRICT AND
HARRIS COUNTY APPRAISAL DISTRICT APPRAISAL REVIEW
BOARD**
*Appellees*

_____

**On Appeal from the 295TH Judicial District Court of Harris County, Texas;
Cause No. 2010-68486
Honorable Caroline E. Baker, Presiding**

_____

**MOTION TO EXTEND TIME TO FILE
APPELLEE'S MOTION FOR REHEARING**

_____

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to Rules 10.5(b) and 49.8 of the Texas Rules of Appellate Procedure, Appellee, Harris County Appraisal District, files this Motion to Extend Time to File Appellee's Motion for Rehearing, and in support thereof would respectfully show the following:

A.	Appellee's Motion for Rehearing is due to be filed on or before Friday, December 4, 2015.

B.	Appellee requests a 7 day extension of time to file its brief, which, if granted, would make the brief due on or before Friday, December 11, 2015.

C.	The undersigned will be traveling for the Thanksgiving holiday, as will other attorneys in this firm who have worked on the case.  In addition, some constituents of the Appellee are unavailable due to the holiday.

D.	This extension is requested not for delay, but in order to allow Appellee's counsel sufficient time to complete the motion.

E.	This is Appellee's first request for an extension of time to file this Motion for Rehearing.

F.	Counsel for Appellant has been contacted and is not opposed to this request, as set forth in the certificate of conference.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests that this Court grant this Motion to Extend Time for Filing Appellee's Motion for Rehearing and set the deadline for filing the motion on Friday, December 11, 2015.

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By: /s/ Eric C. Farrar
Eric C. Farrar
State Bar No. 24036549
efarrar@olsonllp.com
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
(713) 533-3800 – Phone
(713) 533-3888 – Fax
**ATTORNEYS FOR APPELLEE**
**HARRIS COUNTY APPRAISAL**
**DISTRICT**

## CERTIFICATE OF CONFERENCE

Appellee's counsel contacted counsel for Appellant on November 24, 2015, and counsel is unopposed to this request to extend time for Appellee to file its Motion for Rehearing.

/s/ Eric C. Farrar
Eric C. Farrar

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015 a true and correct copy of the foregoing Motion to Extend Time to File Appellee's Motion for Rehearing was served via:

J. Eric Pardue  
Pat Mizell  
Glen Rosenbaum  
Vinson & Elkins, LLP  
1001 Fannin Street, Suite 2500  
Houston, Texas 77002-6760

☐ CMRRR #  
☐ Facsimile No. (713) 758-2346  
☐ Hand Delivery  
☐ U.S.P.S.  
☐ E-mail:  
☑ E-Service

Gwen J. Samora  
The Samora Law Firm  
4210 Oberlin Street  
Houston, Texas 77005

☐ CMRRR #  
☐ Facsimile No.  
☐ Hand Delivery  
☐ U.S.P.S.  
☐ E-mail:  
☑ E-Service

/s/ Eric C. Farrar
Eric C. Farrar